GIBRALTAR FACTORS CORP. *v.* SLAPO ET AL.

No. 278.  Decided October 14, 1957.

*George H. Rosenstein* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

INTERSTATE COMMERCE COMMISSION *v.* PREMIER PEAT MOSS CORP. ET AL.

No. 148.  Decided October 14, 1957.*

*Robert W. Ginnane* and *B. Franklin Taylor, Jr.* for appellant in No. 148.

*Carl Helmetag, Jr.* for appellants in No. 149.

PER CURIAM.

The judgment is affirmed.

MR. JUSTICE FRANKFURTER and MR. JUSTICE HARLAN are of the opinion that probable jurisdiction should be noted.

---

*Together with No. 149, *Baltimore & Ohio Railroad Co. et al.* v. *Premier Peat Moss Corp. et al.*, on appeal from the same court.